UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated  04-12260-GAO
Civil Action Nos.  04-12397-GAO

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| RISO, INC., | )<br>) |
| Defendant. | )<br>) |
| RISO, INC., | )<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| GREAT AMERICAN INSURANCE COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective April 15, 2005, the law firm affiliation and business address of Martin C. Pentz, counsel for RISO, Inc., is as follows:

> Martin C. Pentz
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1000

> RISO, INC.
>
> By its attorneys,
>
> /s/ Martin C. Pentz
> Martin C. Pentz (BBO No. 394050)
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, Massachusetts   02210
> (617) 832-1000

B3028277.1